PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

RECEIVED JAN 10 '05

FILED 2005 FEB -4 P 2:40 U.S. DISTRICT COURT BRIDGEPORT, CONN

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 3:00CR00115(JCH) | |
| | | DOCKET NUMBER *(Rec. Court)* | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Nancy Whiteley<br>1901 Hidden Water Drive<br>Memphis, Tennessee 38134 | DISTRICT<br>CONNECTICUT | DIVISION<br>Bridgeport | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Janet C. Hall | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>6/11/02 | TO<br>6/10/05 |

OFFENSE

Conspiracy to Commit Fraud in Connection with an Access Device

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/1/04
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/22/04
Effective Date

United States District Judge