**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

www.ctd.uscourts.gov

FILED
2005 FEB 28 P 3:17
U.S. DISTRICT COURT
BRIDGEPORT, CONN

February 11, 2005

RECEIVED
05 FEB 18 AM 11:20
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

U.S. Clerk of Court
U.S. District Court WDTN
Room 242, Fed. Bldg.
167 N. Main
Memphis, TN 38103

Re: Nancy Whiteley
3:00CR115(JCH)

Dear Clerk:

In accordance with Transfer of Jurisdiction Order filed in the above-entitled case, we enclose the following documents.

1. Certified copy of Indictment
2. Certified copy of Judgment
3. Certified copy of transfer of Jurisdiction
4. Certified copy of docket sheet

Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

KEVIN F. ROWE, CLERK

Janet Barrille
Deputy Clerk